IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


OLSON & ASSOCIATES OF
NW FLORIDA, INC., et al.,

      Plaintiffs,

v.                                                         3:07cv406-WS

PETER G. MCMAHON,

      Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation (doc. 16) docketed January 22, 2008.  The magistrate judge recommends that the plaintiffs' motion to remand be granted and that this action be remanded to state court for lack of subject matter jurisdiction.  The defendant has not filed objections to the report and recommendation.

      The court having reviewed the record, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 16) is hereby ADOPTED and incorporated by reference into this order.

      2.  The plaintiffs' motion to remand (doc. 9) is GRANTED.

      3. This action shall be remanded to the Circuit Court, First Judicial Circuit of the State of Florida in and for Okaloosa County.  The clerk shall send a certified

copy of this order of remand to the Clerk of the Circuit Court in and for Okaloosa County.

      DONE AND ORDERED this   21st   day of    February   , 2008.


                                   s/ William Stafford
                                   WILLIAM STAFFORD
                                   SENIOR UNITED STATES DISTRICT JUDGE